# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO CAMPOS HIGAREDA,<br><br>Petitioner,<br><br>v.<br><br>FACILITY ADMINISTRATOR et al.,<br><br>Respondents. | Case No. 5:26-cv-02664-JLS-DFM<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation of the United States Magistrate Judge is accepted.

2. The Petition for Writ of Habeas Corpus is **GRANTED IN PART**.

3. Respondents are ordered to provide Petitioner with an individualized bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order.

4.      Respondents are ordered to release Petitioner from custody if Petitioner is not timely provided with the aforementioned hearing.

5.      The parties are ordered to file a status report within ten (10) days detailing if and when the hearing occurred, if bond was granted or denied, and, if bond was denied, provide the Court with a transcript (or recording) of the bond hearing along with the reasons for denial.

Date: June 3, 2026

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE