JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| ERNESTO CAMPOS HIGAREDA, | Case No. 5:26-cv-02664-JLS-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| FACILITY ADMINISTRATOR et al., | |
| Respondents. | |

The Court, having issued an Order Accepting the Report and Recommendation of the United States Magistrate Judge (Doc. 11), and Respondent having provided the required status report,

IT IS ADJUDGED that:

1.     The Petition for Writ of Habeas Corpus is **GRANTED IN PART**.

Date:  June 24, 2026

_____
JOSEPHINE L. STATON
United States District Judge